JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT PRICE MCCOWAN, | Case No. CV 15-04167-CAS (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| MS. TOMLINSON, ET AL, | |
| Respondents. | |

Pursuant to the Order Dismissing Petition Without Leave to Amend,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 if the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 12, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1